Eastern District
Re: Prude-vs-Brown, #19-cv-1739

Date: 2-1-2020

Dear Clerk:

What is the status of the screening of the civil complaint? Can you please send me the civil ~~complaint~~ docket of all documents filed in this case so I can make sure nothing has been filed in this case that don't belong to the plaintiffs. Thank you.

Terrance Prude #335878
RHU-514